UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

          Case No. 08-CV-20221
          HON. GEORGE CARAM STEEH

D-1 KIRKLAND DUDLEY,

    Defendant.

_____/

## ORDER DISMISSING JUNE 23, 2008 SHOW CAUSE ORDER (# 13)

Counsel for defendant Kirkland Dudley was ordered on June 23, 2008 to show cause by July 23, 2008 why he should be excused from mandatory e-filing per Eastern District of Michigan Local Rule 5.1.1(a) (allowing that "[t]he court may excuse a party from electronic filing on motion for good cause shown."). On July 23, 2008, defense Counsel filed a one-page document advising the court that he has begun the process of complying with the e-filing requirements.

In the absence of good cause, Counsel is not excused from this court's electronic filing requirement. Accordingly,

The court's June 23, 2008 show cause order is hereby DISMISSED. Counsel shall comply with the e-filing requirement of E.D. Mich. LR 5.1.1(a) as soon as practicable. The court advises that failure to comply with the e-filing requirement as directed herein may result in Counsel's disqualification.

    SO ORDERED.

Dated: July 24, 2008

                              s/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 24, 2008, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk