```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
```

UNITED STATES OF AMERICA,

       Plaintiff,

vs.
                                     Case No. 08-CV-20221
                                     HON. GEORGE CARAM STEEH

D-1 KIRKLAND DUDLEY,

       Defendant.

_____/

## ORDER DISMISSING OCTOBER 6, 2008 SHOW CAUSE ORDER (#18)

Counsel for defendant Kirkland Dudley was ordered on October 6, 2008 to show cause by November 6, 2008 why he should not be disqualified and removed as counsel on this case for his failure to comply with the court's July 24, 2008 Order and e-filing requirement of Eastern District of Michigan Local Rule 5.1.1(a). On November 3, 2008, defense Counsel filed a one-page document advising the court that he is in full compliance with "The Electronic Filing requirement as of 10-20-08." Accordingly,

The court's October 6, 2008 show cause order is hereby DISMISSED.

SO ORDERED.

Dated: November 5, 2008

                                       s/George Caram Steeh
                                       GEORGE CARAM STEEH
                                       UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 5, 2008, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk