UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          Case No. 08-CV-20221
                                             HON. GEORGE CARAM STEEH

D-1 KIRKLAND DUDLEY,

    Defendant.

_____/

ORDER GRANTING GOVERNMENT'S MOTION IN LIMINE TO
EXCLUDE EVIDENCE OF REPAYMENT OF VICTIMS (#19)

For the reasons stated on the record at a February 17, 2009 hearing, the Government's motion to exclude evidence that defendant Kirkland Dudley made partial repayment of the monies owing to the alleged victims of Dudley's two charged offenses of wire fraud, 18 U.S.C. § 1343, is hereby GRANTED. See Fed. R. Evid. 403 (providing that relevant evidence may be excluded if its probative value is substantially outweighed by the danger of confusion of the issues).

    SO ORDERED.

Dated: February 17, 2009

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 17, 2009, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk