UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          Case No. 08-CV-20221
                                             HON. GEORGE CARAM STEEH

KIRKLAND DUDLEY,

    Defendant.
_____/

### ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND SURRENDER DATE (# 47) AND TAKING UNDER ADVISEMENT REMAINDER OF MOTION PENDING GOVERNMENT'S RESPONSE

Defendant Kirkland Dudley moves to extend his current September 8, 2009 surrender date to the Bureau of Prisons ("BOP") by six months due to on-going medical issues. The Government has informed the court that it needs approximately two weeks to investigate whether the BOP can accommodate defendant Dudley's asserted medical needs. Accordingly,

Defendant's motion is hereby GRANTED, IN PART, to the extent that Dudley's surrender date is hereby extended to September 29, 2009, or later as determined by the BOP. Defendant's motion for a six month extension is hereby TAKEN UNDER ADVISEMENT pending the Government's investigation, and filing of a response to this motion on or before September 23, 2009.

    SO ORDERED.

Dated: September 2, 2009

                                                  s/George Caram Steeh
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 2, 2009, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk